# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF PENELOPE ANN PREBISH  PAULA J. OPALKA AND JAMES W. OPALKA, EXECUTORS OF THE ESTATE OF PENELOPE ANN PREBISH A/K/A PENNY A. PREBISH | : | No. 30 WAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MONICA D. PREBISH, ADMINISTRATOR OF THE ESTATE OF DONALD F. PREBISH A/K/A DONALD FRANCIS PREBISH, DECEASED, MONICA D. PREBISH, INDIVIDUALLY, MICHELLE D. PREBISH AND MARK D. PREBISH | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MONICA D. PREBISH | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.